**E-filed 8/17/06**

COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
MONIQUE R. SHERMAN (227494) (msherman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BRIEN, Derivatively on Behalf of Nominal Defendant SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BING YEH, ISAO NOJIMA, DAVID SWEETMAN, YAW WEN HU, AMY YUEN, DEREK BEST, MICHAEL BRINER, PAUL LUI, TSUYOSHI TAIRA, YASUSHI CHIKAGAMI, RONALD CHWANG, and TERRY NICKERSON, <br><br> Defendants, <br><br> and <br><br> SILICON STORAGE TECHNOLOGY, INC., <br><br> Nominal Defendant. | Case No.  C06-04310 JF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

This Stipulation is entered into by and among plaintiff, Mike Brien ("Plaintiff"), and nominal defendant Silicon Storage Technology, Inc. ("SST") through their respective attorneys of record.

WHEREAS, Plaintiff filed his Complaint on July 13, 2006;

WHEREAS, Plaintiff served SST with the Complaint on July 24, 2006 but has not served any of the individual defendants;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

734279 v2/PA

1.

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C06-04310 JF

1  WHEREAS, SST has recently retained Cooley Godward LLP to represent it in this action;

2  WHEREAS, Plaintiff intends to move to consolidate this action with *Bazargani v. Yeh, et

3  al.*, Case No. C06-04388 JF; and

4  WHEREAS, SST has requested and Plaintiff has agreed that SST may have additional

5  time to respond to the Complaint;

6  IT IS HEREBY STIPULATED by and between the undersigned that the time for

7  SST to move to dismiss or otherwise respond to the Complaint has been extended to September

8  30, 2006.

10  IT IS SO STIPULATED.

11  Respectfully submitted,

13  Dated: August 14, 2006         COOLEY GODWARD LLP

15  /s/
_____
Grant P. Fondo (181530)
16  ATTORNEYS FOR NOMINAL DEFENDANT
SILICON STORAGE TECHNOLOGY, INC.

18  Dated: August 14, 2006         BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP

_____
Alan R. Plutzik
ATTORNEYS FOR PLAINTIFF MIKE BRIEN

23  IT IS SO ORDERED.  8/16/06         US DISTRICT COURT JUDGE JEREMY FOGEL

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

734279 v2/PA         2.         STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C06-04310 JF