**E-filed 12/12/06**

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JAIME S. HAMMER (243855) (jhammer@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendants
BING YEH, YAW WEN HU, DEREK BEST,
MICHAEL BRINER, JEFFREY GARON, PAUL LUI, ISAO
NOJIMA, CHEN TSAI, TSUYOSHI TAIRA,
YASUSHI CHIKAGAMI, RONALD CHWANG,
and Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No.  C06-04388 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

   WHEREAS, on September 14, 2006 the parties in the above-captioned case entered into a stipulation and order consolidating cases and setting a briefing schedule;

   WHEREAS, the parties are discussing early alternative dispute resolution;

   WHEREAS, the parties wish to preserve the resources of both the Court and the respective parties; and

   WHEREAS, the parties have agreed that all defendants shall have an additional 30 days to respond to the Complaint.

   IT IS HEREBY STIPULATED by and between the undersigned that the time for all defendants to move to dismiss or otherwise respond to the Complaint has been extended to

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

523143 v1/SD

1.

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C06-04310 JF**

1  January 15, 2007.

2  IT IS SO STIPULATED.

3                                              Respectfully submitted,

4

5  Dated: December 11, 2006                    COOLEY GODWARD KRONISH LLP

                                               /s/
7                                              _____
                                                   Grant P. Fondo (181530)

8                                              ATTORNEYS FOR NOMINAL DEFENDANT
                                               SILICON STORAGE TECHNOLOGY, INC.
9                                              AND THE INDIVIDUAL DEFENDANTS

10                                             JOHN C. DWYER
                                               GRANT P. FONDO
11                                             JAIME S. HAMMER
                                               Five Palo Alto Square
12                                             3000 El Camino Real
                                               Palo Alto, CA  94306-2155
13

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.                    STIPULATION AND [PROPOSED] ORDER
                      EXTENDING TIME TO RESPOND TO COMPLAINT
                      CASE NO. C06-04310 JF

| | | |
|---|---|---|
| 1 | Dated: December 11, 2006 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |

/S/
_____
Alan R. Plutzik

LIAISON COUNSEL FOR PLAINTIFFS

Alan R. Plutzik
L. Timothy Fisher
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598

SCHIFFRIN & BARROWAY LLP
Eric L. Zagar
Robin Winchester
Sandra G. Smith
280 King of Prussia Road
Radnor, PA  19087
CO-LEAD COUNSEL FOR PLAINTIFFS

WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP
Betsy C. Manifold
Francis M. Gregorek
Francis A. Bottini, Jr.
Rachele R. Rickert
750 B Street, Ste 2770
San Diego, CA  92101
CO-LEAD COUNSEL FOR PLAINTIFFS

DANZIGER, SHARPRIO & LEAVITT
Douglass Leavitt
150 S. Independence Mall West, Ste 1050
6th and Chestnut Streets
Philadelphia, PA 19106
COUNSEL FOR PLAINTIFF B. BAZARGANI

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS SO ORDERED

DATED: __12/12/06_____

_____
Judge of the U.S. District Court
Jeremy Fogel

523143 v1/SD

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO.  C06-04310 JF