**E-filed 2/2/07**

1  COOLEY GODWARD KRONISH LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  GRANT P. FONDO (181530) (gfondo@cooley.com)
   AARON F. OLSEN (224947) (aolsen@cooley.com)
3  JAIME S. HAMMER (243855) (jhammer@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:    (650) 843-5000
   Facsimile:    (650) 857-0663
6
   Attorneys for Defendants
7  BING YEH, YAW WEN HU, DEREK BEST,
   MICHAEL BRINER, JEFFREY GARON, PAUL LUI,
8  ISAO NOJIMA, CHEN TSAI, TSUYOSHI TAIRA,
   YASUSHI CHIKAGAMI, RONALD CHWANG,
9  and Nominal Defendant
   SILICON STORAGE TECHNOLOGY, INC..
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  In re SILICON STORAGE TECHNOLOGY,      Master File No.  C06-04310 JF
    INC., DERIVATIVE LITIGATION
15                                          **Stipulation and [Proposed] Order
                                            Rescheduling Case Management
16                                          Conference Presently Scheduled
                                            for February 9, 2007 at 10:30 a.m.**
17

18  This Document Relates To:

19  ALL ACTIONS.

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

                                    1.                    CASE NO. C06-04310 JF

1    WHEREAS, the Court presently has a Case Management Conference scheduled in this

2  matter on February 9, 2007 at 10:30 a.m.;

3    WHEREAS, pursuant to the Stipulation and Order dated January 22, 2007 defendants

4  have until March 1, 2007 to respond to the Complaint;

5    WHEREAS, the parties currently are scheduled to meet to discuss a potential resolution of

6  this matter on February 12, 2007;

7    WHEREAS, the parties have agreed to continue the date of the Case Management

8  Conference and respectfully request the Court to continue the hearing to March 9, 2007 at 10:30

9  a.m.

10    IT IS SO STIPULATED.

11

12  Dated: January __, 2007                           COOLEY GODWARD KRONISH LLP

13

14                                                    /S/
                                                        Aaron F. Olsen

15                                                    ATTORNEYS FOR NOMINAL DEFENDANT
                                                      SILICON STORAGE TECHNOLOGY, INC.
16                                                    AND THE INDIVIDUAL DEFENDANTS

17                                                    JOHN C. DWYER
                                                      GRANT P. FONDO
18                                                    JAIME S. HAMMER
                                                      Five Palo Alto Square
19                                                    3000 El Camino Real
                                                      Palo Alto, CA  94306-2155
20

21

22

23

24

25

26

27

28

1  Dated: January __, 2007                 BRAMSON, PLUTZIK, MAHLER &
2                                           BIRKHAEUSER, LLP

3
                                           /S/
4                                          _____
                                                     Alan R. Plutzik

5                                          LIAISON COUNSEL FOR PLAINTIFFS

6                                          Alan R. Plutzik
                                           L. Timothy Fisher
7                                          2125 Oak Grove Road, Suite 120
                                           Walnut Creek, CA  94598
8
                                           SCHIFFRIN & BARROWAY LLP
9                                          Eric L. Zagar
                                           Robin Winchester
10                                         Michael J. Hynes
                                           James H. Miller
11                                         280 King of Prussia Road
                                           Radnor, PA  19087
12                                         CO-LEAD COUNSEL FOR PLAINTIFFS

13                                         WOLF HALDENSTEIN ADLER FREEMAN &
                                           HERZ, LLP
14                                         Betsy C. Manifold
                                           Francis M. Gregorek
15                                         Francis A. Bottini, Jr.
                                           Rachele R. Rickert
16                                         750 B Street, Ste 2770
                                           San Diego, CA  92101
17                                         CO-LEAD COUNSEL FOR PLAINTIFFS

18                                         DANZIGER, SHARPRIO & LEAVITT
                                           Douglass Leavitt
19                                         150 S. Independence Mall West, Ste 1050
                                           6th and Chestnut Streets
20                                         Philadelphia, PA 19106
                                           COUNSEL FOR PLAINTIFF B. BAZARGANI
21
22                                                **ORDER**

23     PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS SO

24     ORDERED

25
       DATED:  _2/2/07_____
26                                         _____
                                           Judge of the U.S. District Court
27     528707 v1/SD                        Jeremy Fogel

28