**E-filed 3/8/07**

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
AARON F. OLSEN (224947) (aolsen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
BING YEH, YAW WEN HU, DEREK BEST,
MICHAEL BRINER, JEFFREY GARON, PAUL LUI,
ISAO NOJIMA, CHEN TSAI, TSUYOSHI TAIRA,
YASUSHI CHIKAGAMI, RONALD CHWANG,
and Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC..

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION | Master File No. C06-04310 JF |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [~~PROPOSE~~D] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1.    **CASE NO. C06-04310 JF**

1  WHEREAS, pursuant to a stipulation and order dated January 22, 2007, defendants have
2  until March 1, 2007 to respond to the Complaint;

3  WHEREAS, the Court presently has a Case Management Conference scheduled in this
4  matter on March 9, 2007;

5  WHEREAS, the parties met in San Francisco on February 12, 2007 to discuss the
6  potential early resolution of this matter;

7  WHEREAS, the parties are continuing to discuss the possible early resolution of this
8  matter;

9  WHEREAS, the parties wish to preserve the resources of both the Court and the
10 respective parties;

11 WHEREAS, the parties have agreed that all defendants shall have an additional extension
12 to respond to the Complaint;

13 WHEREAS, the parties have also agreed to continue the date of the Case Management
14 Conference and respectfully request the Court to continue the hearing to May 11, 2007 at 10:30
15 a.m.

16 IT IS HEREBY STIPULATED by and between the undersigned that the time for all
17 defendants to move to dismiss or otherwise respond to the Complaint has been extended to May
18 1, 2007.

19 IT IS SO STIPULATED.

20 Dated: February 22, 2007                    COOLEY GODWARD KRONISH LLP

                                              /S/
                                              _____
                                                       Aaron F. Olsen

                                              ATTORNEYS FOR NOMINAL DEFENDANT
                                              SILICON STORAGE TECHNOLOGY, INC.
                                              AND THE INDIVIDUAL DEFENDANTS

                                              JOHN C. DWYER
                                              GRANT P. FONDO
                                              AARON F. OLSEN
                                              Five Palo Alto Square
                                              3000 El Camino Real
                                              Palo Alto, CA  94306-2155

| | | |
|---|---|---|
| 1 | Dated: February 22, 2007 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |

/S/
_____
Alan R. Plutzik

LIAISON COUNSEL FOR PLAINTIFFS

Alan R. Plutzik
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Eric L. Zagar
Robin Winchester
Michael J. Hynes
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
CO-LEAD COUNSEL FOR PLAINTIFFS

WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP
Betsy C. Manifold
Francis M. Gregorek
Rachele R. Rickert
750 B Street, Ste 2770
San Diego, CA 92101
CO-LEAD COUNSEL FOR PLAINTIFFS

DANZIGER, SHARPRIO & LEAVITT
Douglass Leavitt
150 S. Independence Mall West, Ste 1050
6th and Chestnut Streets
Philadelphia, PA 19106
COUNSEL FOR PLAINTIFF B. BAZARGANI

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS SO ORDERED

DATED: _3/7/07_____

_____
Judge of the U.S. District Court
Jeremy Fogel

530859 v1/SD