COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
AARON F. OLSEN (224947) (aolsen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
BING YEH, YAW WEN HU, DEREK BEST,
MICHAEL BRINER, JEFFREY GARON, PAUL LUI,
ISAO NOJIMA, CHEN TSAI, TSUYOSHI TAIRA,
YASUSHI CHIKAGAMI, RONALD CHWANG,
and Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC..

**E-filed 4/27/07**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION | Master File No.  C06-04310 JF |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

WHEREAS, on February 12, 2007 the parties met in San Francisco in an attempt to informally resolve this litigation;

WHEREAS, on March 8, 2007 the Court granted the parties' stipulation to extend the time for all defendants to respond to the consolidated amended shareholder derivative complaint that was filed on October 30, 2006 (the "First Amended Consolidated Complaint") until May 1, 2007;

WHEREAS, on March 15, 2007 nominal defendant Silicon Storage Technology, Inc. ("SST") publicly announced that the Chair of its Audit Committee will conduct a voluntary review of its historical stock option grant practices covering the time from its initial public offering in 1995 through the current fiscal year;

/ / /

1  WHEREAS, it is not expected that this investigation will be concluded for several
2  months;
3  WHEREAS, the Court presently has a Case Management Conference scheduled in this
4  matter on May 11, 2007;
5  WHEREAS, the parties have agreed to continue the date of the Case Management
6  Conference and respectfully request the Court to continue the hearing to August 10, 2007 at 10:30
7  a.m.;
8  WHEREAS, after SST publicly announces the results of the investigation into the
9  historical stock option grant practices, Plaintiffs intend to file a second amended consolidated
10 complaint (the "Second Amended Consolidated Complaint"); and,
11 WHEREAS, the parties wish to preserve the resources of both the Court and the
12 respective parties;
13 IT IS HEREBY STIPULATED by and between the undersigned:
14 **1.** Defendants shall have no obligation to respond to the First Amended Consolidated
15 Complaint;
16 **2.** Plaintiffs shall have twenty-one (21) days after SST announces the results of the
17 investigation to file a Second Amended Consolidated Complaint;
18 **3.** Defendants shall move to dismiss, or otherwise respond to, Plaintiffs' Second
19 Amended Consolidated Complaint within twenty-eight (28) days of filing of Plaintiffs' Second
20 Amended Consolidated Complaint;
21 **4.** Plaintiffs shall file any opposition to Defendants' motion(s) to dismiss within
22 twenty-eight (28) days of filing of Defendants' motion(s) to dismiss;
23 **5.** Defendants shall file any reply to Plaintiffs' opposition within ten (15) days of
24 filing of Plaintiffs' opposition; and
25 **6.** No later than August 3, 2007, the parties shall file with the Court a Joint Case
26 Management Statement. In the event that, as of August 3, 2007, SST's review of its historical
27 stock option grant practices covering the time from its initial public offering in 1995 through the
28 current fiscal year is incomplete, the Statement shall include a report by Defendants of the then-

1  current status of SST's review of its historical stock option grant practices.

2  IT IS SO STIPULATED.

3  Dated: April 26, 2007                                          COOLEY GODWARD KRONISH LLP

/S/
_____
Aaron F. Olsen

ATTORNEYS FOR NOMINAL DEFENDANT
SILICON STORAGE TECHNOLOGY, INC.
AND THE INDIVIDUAL DEFENDANTS

JOHN C. DWYER
GRANT P. FONDO
AARON F. OLSEN
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155

| | |
|---|---|
| Dated: April 26, 2007 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |

/S/
_____
L. Timothy Fisher

LIAISON COUNSEL FOR PLAINTIFFS

L. Timothy Fisher
Alan R. Plutzik
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Eric L. Zagar
Robin Winchester
Michael J. Hynes
James H. Miller
280 King of Prussia Road
Radnor, PA  19087
CO-LEAD COUNSEL FOR PLAINTIFFS

WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP
Betsy C. Manifold
Francis M. Gregorek
Rachele R. Rickert
750 B Street, Ste 2770
San Diego, CA  92101
CO-LEAD COUNSEL FOR PLAINTIFFS

DANZIGER, SHARPRIO & LEAVITT
Douglass Leavitt
150 S. Independence Mall West, Ste 1050
6th and Chestnut Streets
Philadelphia, PA 19106
COUNSEL FOR PLAINTIFF B. BAZARGANI

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS SO ORDERED

DATED:  __4/27/07_____

_____
Judge of the U.S. District Court
JEREMY FOGEL

538323 v1/SD