1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  MARISA C. LIVESAY (223247)
   livesay@whafh.com
5  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
6  Symphony Tower
   750 B Street, Suite 2770
7  San Diego, CA 92101
   Telephone:  619/239-4599
8  Facsimile:  619/234-4599

9  ERIC L. ZAGAR
10 SCHIFFRIN & BARROWAY LLP
   280 King of Prussia Road
11 Radnor, PA 19087
   Telephone:  610/667-7706
12 Facsimile:  610/667-7056

13 Attorneys for Plaintiff

14 [Additional Counsel Appear On Signature Page]

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17 MIKE BRIEN, Derivatively on Behalf of        )  Case No.   C 06-04310 JF
   Nominal Defendant SILICON STORAGE            )
18 TECHNOLOGY, INC.,                            )  **STIPULATION AND [PROPOSED]**
                                                )  **ORDER RESCHEDULING CASE**
19                                              )  **MANAGEMENT CONFERENCE**
                  Plaintiff(s),                 )  **PRESENTLY SCHEDULED FOR**
20                                              )  **NOVEMBER 9, 2007**
   vs.                                          )
21                                              )
   BING YEH, ISAO NOJIMA, DAVIDE                )
22 SWEETMAN, YAW WEN HU, AMY                    )
   YUEN, DEREK BEST, MICHAEL BRINER,            )
23 PAUL LUI, TSUYOSHI TAIRA, YASUSHI            )
   CHIKAGAMI, RONALD CHWANG, and                )
24 TERRY NICKERSON                              )
                                                )
25                Defendant(s).                 )
                                                )
26                and                           )
                                                )  DATE:      November 9, 2007
27 SILICON STORAGE TECHNOLOGY, INC.             )  TIME:      10:30 a.m.
                                                )  JUDGE:     Hon. Jeremy Fogel
28                Nominal Defendant.            )

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
PRESENTLY SCHEDULED FOR NOVEMBER 9, 2007 - Case No. C 06-04310 JF

1   WHEREAS, the Court presently has a Case Management Conference scheduled in this

2   matter on November 9, 2007 at 10:30 a.m.

3   WHEREAS, on March 15, 2007 nominal defendant Silicon Storage Technology, Inc.

4   ("SST") publicly announced that the Chair of its Audit Committee, with the assistance of

5   independent outside counsel and outside accounting experts, will conduct a voluntary review of its

6   historical stock option grant practices covering the time from its initial public offering in 1995

7   through the current fiscal year;

8   WHEREAS, after SST publicly announces the results of the investigation into the

9   historical stock option grant practices, Lead Plaintiffs intend to file a second amended

10   consolidated complaint (the "Second Amended Consolidated Complaint"); and

11   WHEREAS, pursuant to the Stipulation and Order dated April 27, 2007, the Court granted

12   the parties' stipulation; (1) that Defendants shall have no obligation to respond to the First

13   Amended Consolidated Complaint; (2) that Lead Plaintiffs shall have twenty-one (21) days after

14   SST announces the results of the investigation to file a Second Amended Consolidated Complaint;

15   and (3) set the briefing schedule for Defendants' response to the Second Amended Consolidated

16   Complaint;

17   WHEREAS, the parties previously continued the Case Managements Conference from

18   August 10, 2007 to November 9, 2007 so that SST's Audit Committee could complete its review;

19   WHEREAS, the Chair of SST's Audit Committee has not yet completed the forensic

20   review of the option grants and the financial impact of using incorrect measurement dates has not

21   been finalized;

22   WHEREAS, the parties have agreed to continue the date of the Case Management

23   Conference and respectfully request the Court to continue the hearing to January Ⅹ 2008 at 10:30

24   a.m.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
PRESENTLY SCHEDULED FOR NOVEMBER 9, 2007 - Case No. C 06-04310 JF

1    IT IS SO STIPULATED.

2    DATED: November 1, 2007          Respectfully Submitted,

3                                     WOLF HALDENSTEIN ADLER
                                         FREEMAN & HERZ LLP
4                                    FRANCIS M. GREGOREK
                                     BETSY C. MANIFOLD
5                                    RACHELE R. RICKERT
                                     MARISA C. LIVESAY
6

7

8                                    BETSY C. MANIFOLD

9                                    Symphony Towers
                                     750 B Street, Suite 2770
10                                   San Diego, CA 92101
                                     Telephone:  619/239-4599
11                                   Facsimile:  619/234-4599

12                                   ALAN R. PLUTZIK
                                     KATHRYN A. SCHOFIELD
13                                   BRAMSON, PLUTZIK, MAHLER
                                       & BIRKHAEUSER, LLP
14                                   2125 Oak Grove Road, Suite 120
                                     Walnut Creek, CA 94598
15                                   Telephone:  925/945-0200
                                     Facsimile:  925/045-8792
16

17                                   ERIC L. ZAGAR
                                     SCHIFFRIN & BARROWAY LLP
18                                   280 King of Prussia Road
                                     Radnor, PA 19087
19                                   Telephone:  610/667-7706
                                     Facsimile:  610/667-7056
20
                                     Attorneys for Plaintiff
21

22    DATED: November 1, 2007          COOLEY GODWARD LLP
                                       AARON OLSEN
23

24              /s/ Aaron Olsen
                                       AARON OLSEN
25
                                     Five Palo Alto Square
26                                   3000 El Camino Real
                                     Palo Alto, CA 94306-2155
27                                   Telephones:  650-843-5000
                                     Facsimile:    650-857-0663
28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
PRESENTLY SCHEDULED FOR NOVEMBER 9, 2007 - Case No. C 06-04310 JF

1
2

SILICON STORAGE TECHNOLOGY, INC.
1171 Sonora Court
Sunnyvale CA 94086

3
4

Attorneys for Defendants

5

11/2/07                    IT IS SO ORDERED.    The Case Management Conference is continued
to Friday, January 4, 2008 at 10:30 AM.

6
7
8

Judge Jeremy Fogel, US District Court Judge

9
10

SILICON STORAGE:15377

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
PRESENTLY SCHEDULED FOR NOVEMBER 9, 2007 - Case No. C 06-04310 JF

## DECLARATION OF SERVICE

I, MARTA STASIK, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.      That on November 1, 2007, declarant served the **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR NOVEMBER 9, 2007** via CM/ECF to the parties listed on the attached Service List.

3.      That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of November, 2007, at San Diego, California.

_____
MARTA STASIK

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR NOVEMBER 9, 2007 - Case No. C 06-04310 JF

- 4 -

SILICON STORAGE TECHNOLOGY, INC.
Service List -- November 1, 2007
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
     619/239-4599
      619/234-4599 (fax)

Eric L. Zagar
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA 19087
     610/667-7706
     610/667-7056 (fax)

Alan R. Plutzik
Kathryn A. Schofield
BRAMSON, PLUTZIK, MAHLER
 & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
     925/945-0200
     925/945-8792 (fax)

COUNSEL FOR DEFENDANTS

Monique Sherman
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
     650-843-5000
     650-857-0663

SILICON STORAGE TECHNOLOGY, INC.
1171 Sonora Court
Sunnyvale CA 94086