| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | JOHN C. DWYER (136533) (dwyerjc@cooley.com) |
|   | GRANT P. FONDO (181530) (gfondo@cooley.com) |
| 3 | AARON F. OLSEN (224947) (aolsen@cooley.com) |
|   | Five Palo Alto Square |
| 4 | 3000 El Camino Real |
|   | Palo Alto, CA 94306-2155 |
| 5 | Telephone: (650) 843-5000 |
|   | Facsimile: (650) 857-0663 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE BRIEN, Derivatively on Behalf of Nominal Defendant SILICON STORAGE TECHNOLOGY, INC., | Case No. C 06-04310 JF |
|   | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR JANUARY 4, 2008** |
| Plaintiff(s), |   |
| vs. |   |
| BING YEH, ISAO NOJIMA, DAVIDE SWEETMAN, YAW WEN HU, AMY YUEN, DEREK BEST, MICHAEL BRINER, PAUL LUI, TSUYOSHI TAIRA, YASUSHI CHIKAGAMI, RONALD CHWANG, and TERRY NICKERSON | DATE: January 4, 2008<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Jeremy Fogel |
| Defendant(s). |   |
| and |   |
| SILICON STORAGE TECHNOLOGY, INC. |   |
| Nominal Defendant. |   |

WHEREAS, the Court presently has a Case Management Conference scheduled in this matter on January 4, 2008 at 10:30 a.m.

WHEREAS, on March 15, 2007 nominal defendant Silicon Storage Technology, Inc. ("SST") publicly announced that the Chair of its Audit Committee, with the assistance of independent outside counsel and outside accounting experts, will conduct a voluntary review of its historical stock option grant practices covering the time from its initial public offering in 1995 through the current fiscal year;

| | |
|---|---|
| 1 | WHEREAS, after SST publicly announces the results of the investigation into the historical stock option grant practices, Lead Plaintiffs intend to file a second amended consolidated complaint (the "Second Amended Consolidated Complaint"); and |
| 4 | WHEREAS, pursuant to the Stipulation and Order dated April 27, 2007, the Court granted the parties' stipulation; (1) that Defendants shall have no obligation to respond to the First Amended Consolidated Complaint; (2) that Lead Plaintiffs shall have twenty-one (21) days after SST announces the results of the investigation to file a Second Amended Consolidated Complaint; and (3) set the briefing schedule for Defendants' response to the Second Amended Consolidated Complaint; |
| 10 | WHEREAS, the parties previously continued the Case Managements Conference from November 9, 2007 to January 4, 2008 so that SST's Audit Committee could complete its review; |
| 12 | WHEREAS, the Chair of SST's Audit Committee has not yet completed the forensic review of the option grants and the financial impact of using incorrect measurement dates has not been finalized; |
| 15 | WHEREAS, the parties have agreed to continue the date of the Case Management Conference and respectfully request the Court to continue the hearing to February 1, 2008 at 10:30 a.m. |

IT IS SO STIPULATED.

DATED: December 21, 2007

Respectfully Submitted,

COOLEY GODWARD KRONISH LLP

/s/
Grant. P. Fondo

Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephones: 650-843-5000
Facsimile: 650-857-0663

Attorneys for Defendants

*I, Grant P. Fondo, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Rescheduling Case Management Conference Presently Scheduled for January 4, 2008. In compliance with General Order 45.X.B., I hereby attest that Betsy C. Manifold has concurred in this filing.*

DATED: December 21, 2007     WOLF HALDENSTEIN ADLER

/s/
_____
BETSY C. MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

ALAN R. PLUTZIK
NICHOLE T. BROWNING
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/945-0200
Facsimile: 925/045-8792

ERIC L. ZAGAR
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Facsimile: 610/667-7056

Attorneys for Plaintiff

**IT IS SO ORDERED**. The Case Management conference is continued to Friday, February 1, 2008 at 10:30 AM.

Date: _1/4/08_____

_____
U.S. District Court Judge
Jeremy Fogel