FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Symphony Tower
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599


SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
NICHOLE BROWNING (251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/ 945-0770
Facsimile: 925/ 945-8792

*Attorneys for Lead Plaintiffs*

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silicon Storage Technology, Inc. Derivative Litigation | Case No. C 06-04310 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR FEBRUARY 1, 2008 AND SCHEDULE FOR FILING AMENDED COMPLAINT**<br><br>DATE: February 1, 2008<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Jeremy Fogel |

WHEREAS, the Court presently has a Case Management Conference scheduled in this matter on February 1, 2008 at 10:30 a.m.;

|   |   |
|---|---|
| 1 | WHEREAS, on March 15, 2007, nominal defendant Silicon Storage Technology, Inc. |
| 2 | ("SST") publicly announced that the Chairman of its Audit Committee, with the assistance of |
| 3 | independent outside counsel and outside accounting experts, will conduct a voluntary review of |
| 4 | SST's historical stock option grant practices covering the time from its initial public offering in |
| 5 | 1995 through fiscal year 2007 (the "Investigation"); |
| 6 | WHEREAS, on January 16, 2008, SST publicly announced the results of the Investigation; |
| 7 | WHEREAS, Lead Plaintiffs are presently scheduled to file a Second Amended |
| 8 | Consolidated Complaint (the "Second Amended Complaint") on or before twenty-one (21) days |
| 9 | after SST announced the results of the Investigation, which is February 6, 2008; |
| 10 | WHEREAS, on January 16, 2008, counsel for Lead Plaintiffs and SST met and conferred |
| 11 | to preliminarily discuss a potential resolution of the action; |
| 12 | WHEREAS, in light of the discussions concerning a potential resolution of the action, the |
| 13 | Parties believe it is in the interests of judicial economy and their own interests to enlarge the |
| 14 | Plaintiffs' time to file the Second Amended Complaint; and |
| 15 | WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial |
| 16 | efficiency, and will not cause prejudice to any party; |
| 17 | THEREFORE, subject to the Court's approval, Lead Plaintiffs and the Defendants, |
| 18 | through their respective counsel of record, hereby agree and stipulate as follows: |

1) The Case Management Conference currently set for February 1, 2008 shall be continued to May 2, 2008 at 10:30 a.m.;

2) Lead Plaintiffs need not file a Second Amended Complaint on or before February 6, 2008; and

3) Lead Plaintiffs shall file a Second Amended Complaint on or before Friday, May 9, 2008.

IT IS SO STIPULATED.

---

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR FEBRUARY 1, 2008 AND SCHEDULE FOR FILING AMENDED COMPLAINT - Case No. C 06-04310 JF

- 1 -

| | |
|---|---|
| 1  DATED: January 30, 2008 | Respectfully Submitted, |
| 2 | |
| 3 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 4 | /s/ |
| 5 | NICHOLE BROWNING (251937) |
| 6 | 2125 Oak Grove Road, Suite 120 |
| 7 | Walnut Creek, CA 94598<br>Telephone: 925/ 945-0770 |
| 8 | Facsimile: 925/ 945-8792 |
| 9 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 10 | ERIC L. ZAGAR<br>JAMES H. MILLER |
| 11 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 12 | Telephone: 610/667-7706<br>Facsimile: 610/667-7056 |
| 13 | |
| 14 | WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP |
| 15 | FRANCIS M. GREGOREK<br>BETSY C. MANIFOLD |
| 16 | RACHELE R. RICKERT<br>MARISA C. LIVESAY |
| 17 | Symphony Towers<br>750 B Street, Suite 2770 |
| 18 | San Diego, CA 92101<br>Telephone: 619/239-4599 |
| 19 | Facsimile: 619/234-4599 |
| 20 | Attorneys for Lead Plaintiffs |
| 21  DATED: January 30, 2008 | COOLEY GODWARD LLP<br>AARON OLSEN |
| 22 | |
| 23 | /s/<br>AARON OLSEN |
| 24 | Five Palo Alto Square |
| 25 | 3000 El Camino Real<br>Palo Alto, CA 94306-2155 |
| 26 | Telephones: 650-843-5000<br>Facsimile: 650-857-0663 |
| 27 | SILICON STORAGE TECHNOLOGY, INC. |
| 28 | Attorneys for Defendants |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR FEBRUARY 1, 2008 AND SCHEDULE FOR FILING AMENDED COMPLAINT - Case No. C 06-04310 JF

### Attestation Pursuant to General Order 45

I, Nichole T. Browning, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

* * * * *

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 2/1/08

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR FEBRUARY 1, 2008 AND SCHEDULE FOR FILING AMENDED COMPLAINT - Case No. C 06-04310 JF

- 3 -