| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | JOHN C. DWYER (136533) (dwyerjc@cooley.com)<br>GRANT P. FONDO (181530) (gfondo@cooley.com)<br>AARON F. OLSEN (224947) (aolsen@cooley.com) |
| 3 | Five Palo Alto Square<br>3000 El Camino Real |
| 4 | Palo Alto, CA 94306-2155<br>Telephone:    (650) 843-5000 |
| 5 | Facsimile:    (650) 857-0663 |
| 6 | Attorneys for Defendants<br>BING YEH, YAW WEN HU, DEREK BEST, |
| 7 | MICHAEL BRINER, JEFFREY GARON, PAUL LUI,<br>ISAO NOJIMA, CHEN TSAI, TSUYOSHI TAIRA, |
| 8 | YASUSHI CHIKAGAMI, RONALD CHWANG,<br>and Nominal Defendant |
| 9 | SILICON STORAGE TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C06-04310 JF<br><br>[~~Proposed~~] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL<br><br>The Hon. Jeremy Fogel<br><br>Trial Date: None |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

771449 v1/PA

1.

[PROPOSED] ORDER GRANTING MOTION TO
SUBSTITUTE COUNSEL
CASE NO. C06-04310 JF

Having reviewed and considered the motion to substitute counsel by defendants Tsuyoshi Taira, Yasushi Chikagami, Ronald Chwang, Bing Yeh and Yaw Wen Hu (the "Director Defendants"),

**IT IS HEREBY ORDERED:**

1. The Director Defendants motion is granted. Matthew J. Jacobs of McDermott, Will & Emery LLP is hereby substituted as counsel of record for the Director Defendants in place of John C. Dwyer, Grant P. Fondo and Aaron Olsen of Cooley Godward Kronish LLP.

Dated: 4/21, 2008

THE HONORABLE JEREMY FOGEL
United States District Judge.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

735167 v1/PA

2.

[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL
CASE NO. C06-04310 JF