COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
AARON F. OLSEN (224947) (aolsen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION | Master File No.  C06-04310 JF |
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS** |
| | Trial Date: None |
| This Document Relates To:<br><br>ALL ACTIONS. | |

**WHEREAS**, on March 15, 2007 nominal defendant Silicon Storage Technology, Inc. ("SST") publicly announced that the Chair of its Audit Committee, with the assistance of independent outside counsel and outside accounting experts, would conduct a voluntary review of its historical stock option grant practices covering the time from its initial public offering in 1995 through the current fiscal year;

**WHEREAS**, pursuant to the Stipulation and Order dated April 27, 2007, the Court granted the parties' stipulation that: (1) Defendants shall have no obligation to respond to the First Amended Consolidated Complaint; (2) Plaintiffs shall have twenty-one (21) days after SST announces the results of the investigation to file a Second Amended Consolidated Complaint; and (3) set the briefing schedule for Defendants' response to the Second Amended Consolidated Complaint;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

773936 v1/PA                                1.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO FILE RESPONSIVE PLEADING
CASE NO. C06-04310 JF

**WHEREAS**, on July 23, 2007, SST announced that it expected to restate its previously-issued financial statements for the fiscal years 1997 through 2005 and for the quarters ended March 31, 2006, June 30, 2006, and September 30, 2006 to correct errors related to accounting for stock-based compensation expense;

**WHEREAS**, on January 16, 2008, SST publicly announced that the chair of its Audit Committee has completed its review of SST's historical stock option grant practices covering the time from its initial public offering in 1995 through the current fiscal year.  At that time, Lead Plaintiffs and SST met and conferred to discuss continuation of the settlement talks postponed pending the audit chair's investigation;

**WHEREAS**, on February 1, 2008, the Court granted parties' stipulation for Lead Plaintiffs file the Second Amended Complaint on or before May 9, 2008;

**WHEREAS**, Lead Plaintiffs, SST, the individual defendants, and the parties in the related state action, *Alex Chuzhoy v. Bing Yeh, et al.,* Santa Clara Case No. 106CV074026, (the "Parties") have agreed to meet in Palo Alto, California on May 20, 2008 to participate in an all day settlement meeting in order for the Company to share information with plaintiffs relating to the audit committee chair's investigation and findings and the filing of the Company's restatement and to discuss the settlement of the derivative litigation;

**WHEREAS**, the Parties have already engaged in discussions relating to corporate reforms and prior to the May 20, 2008 meeting, SST will provide Lead Plaintiffs with relevant documents to facilitate the parties' settlement discussions;

**WHEREAS**, the Parties have further agreed to schedule a mediation to take place should their May 20, 2008 settlement meeting not fully resolve the derivative litigation, and have selected the Hon. William Cahill, to serve as a mediator for this matter;

**WHEREAS,** mediation for this matter is scheduled for June 5, 2008;

**WHEREAS**, On May 9, 2008, Lead Plaintiffs' filed their Second Amended Consolidated Complaint ("Amended Complaint");

**WHEREAS,** Defendants are currently required to file responsive pleadings to the Plaintiffs' Amended Complaint on or before May 27, 2008;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO FILE RESPONSIVE PLEADING
CASE NO. C06-04310 JF

1
2
**WHEREAS,** the Parties want to focus their efforts on settlement and avoid unnecessary litigation expenses and preserve judicial resources;

3
4
**WHEREAS**, the agreed upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

5
6
**NOW, THEREFORE**, the undersigned parties by and through their counsel of record in this action and subject to the Court's approval, hereby stipulate as follows:

7
8
9
10
11
1.      Defendants shall file and serve answers or otherwise respond to the Amended Complaint by July 11, 2008.  In the event that Defendants file and serve any motion directed at the Amended Complaint, Lead Plaintiffs shall file and serve an opposition by August 22, 2008.  If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by September 12, 2008.

12
13
14
15
2.      By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and is without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause

16
IT IS SO STIPULATED.

17
18
Dated: May 20, 2008                          COOLEY GODWARD KRONISH LLP

19
20
By_____/s/_____
                    Grant P. Fondo

21
22
Attorneys for Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC

23
Dated: May 20, 2008                          SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

24
25
By_____/s/_____
                    Nichole Browning

26
Attorneys for PLAINTIFF BEHRAD BAZARGANI

27
28

3.

1
2    Dated: May 20, 2008                    WOLF HALDENSTEIN ADLER FREEMAN & HERZ
                                            LLP
3
4                                           By_____/s/_____
                                                        Betsy C. Manifold
5
                                            Co-Lead Counsel for Lead Plaintiffs
6
7    Dated: May 20, 2008                    MCDERMOTT, WILL & EMERY LLP

8
9                                           By_____/s/_____
                                                        Matthew J. Jacobs
10
                                            Attorneys for Director Defendants
11                                          TSUYOSHI TAIRA, YASUSHI CHIKAGAMI,
                                            RONALD CHWANG, BING YEH AND YAW WEN
12                                          HU

13   Dated: May 20, 2008                    HELLER EHRMAN LLP

14
15                                          By_____/s/_____
                                                        Howard S. Caro
16
                                            Attorneys for Officer Defendants
17                                          DEREK BEST, MICHAEL BRINER, JEFFREY
                                            GARON, PAUL LUI, ISAO NOJIMA, and CHEN
18                                          TSAI

19
20            **ATTESTATION PURSUANT TO GENERAL ORDER 45**

21           I, Grant P. Fondo, am the ECF User whose ID and password are being used to file this

22   Stipulation and [Proposed] Order to Extend Time to File Responsive Pleadings.  In compliance

23   with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has

24   been obtained from each of the other signatories.  I declare under penalty of perjury under the

     laws of the United States of America that the foregoing is true and correct.  Executed this 20th
25
     day of May, 2008, at Palo Alto, California.
26
27                                          _____/s/_____
                                                        Grant P. Fondo
28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

                                        4.          STIPULATION AND [PROPOSED] ORDER TO
                                                    EXTEND TIME TO FILE RESPONSIVE PLEADING
                                                    CASE NO. C06-04310 JF

1

**ORDER**

2      PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS

3   SO ORDERED.

4

5   DATED: _5/22/08_____        _____

6                                            Judge of the U.S. District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28