**E-filed 7/10/08**

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
AARON F. OLSEN (224947) (aolsen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No.  C06-04310 JF<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**<br><br>Trial Date: None |

**WHEREAS**, on January 16, 2008, nominal defendant Silicon Storage Technology, Inc. ("SST") publicly announced that the chair of its Audit Committee has completed its review of SST's historical stock option grant practices covering the time from its initial public offering in 1995 through the current fiscal year.  At that time, Lead Plaintiffs and SST met and conferred to discuss continuation of the settlement talks postponed pending the audit chair's investigation;

**WHEREAS**, on February 1, 2008, the Court granted Lead Plaintiffs' request to file the Second Amended Complaint on or before May 9, 2008;

**WHEREAS**, On May 9, 2008, Lead Plaintiffs filed their Second Amended Complaint;

**WHEREAS**, Lead Plaintiffs, SST, the individual defendants, and the parties in the related state action, *Alex Chuzhoy v. Bing Yeh, et al.,* Santa Clara Case No. 106CV074026, (the "Parties") all met in Palo Alto, California on May 20, 2008 to participate in an all day settlement meeting in order for the Company to share information with plaintiffs relating to the audit

committee chair's investigation and findings and the filing of the Company's restatement and to discuss the settlement of the derivative litigation;

**WHEREAS**, the Parties have further agreed to schedule a mediation because their May 20, 2008 settlement meeting did not fully resolve the derivative litigation, and have selected the Hon. William Cahill, to serve as a mediator for this matter;

**WHEREAS,** mediation for this matter was scheduled for June 5, 2008. However, due to a participant's significant medical condition, the mediation was postponed;

**WHEREAS,** Defendants are currently required to file responsive pleadings to the Plaintiffs' Second Amended Complaint on or before July 11, 2008;

**WHEREAS,** The parties have rescheduled the mediation with Judge Cahill for July 31, 2008 (the first date that became available in July);

**WHEREAS,** the Parties want to focus their efforts on settlement and avoid unnecessary litigation expenses and preserve judicial resources; and

**WHEREAS,** the agreed upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

**NOW, THEREFORE**, the parties hereby stipulate as follows:

1.  Defendants shall file and serve answers or otherwise respond to the Amended Complaint by August 29, 2008. In the event that Defendants file and serve any motion directed at the Amended Complaint, Lead Plaintiffs shall file and serve an opposition by October 15, 2008. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by November 13, 2008.

2.  By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise, and is without prejudice to any subsequent motion to stay this action, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

| | | |
|---|---|---|
| 1 | Dated: July 9, 2008 | COOLEY GODWARD KRONISH LLP |

By /s/
Grant P. Fondo

Attorneys for Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC

Dated: July 9, 2008        SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP


By /s/
Nichole Browning

Co-Lead Counsel for Lead Plaintiffs

Dated: July 9, 2008        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP


By /s/
Betsy C. Manifold

Co-Lead Counsel for Lead Plaintiffs

Dated: July 9, 2008        MCDERMOTT, WILL & EMERY LLP


By /s/
Matthew J. Jacobs

Attorneys for Director Defendants
TSUYOSHI TAIRA, YASUSHI CHIKAGAMI, RONALD CHWANG, TERRY NICKERSON, BING YEH AND YAW WEN HU

Dated: July 9, 2008        HELLER EHRMAN LLP


By /s/
Howard S. Caro

Attorneys for Officer Defendants
DEREK BEST, MICHAEL BRINER, JEFFREY GARON, PAUL LUI, ISAO NOJIMA, and CHEN TSAI

## FILER'S ATTESTATION

I, Grant P. Fondo, am the ECF User whose ID and password are being used to file this Revised Stipulation and [Proposed] Order to Extend Time to File Responsive Pleading. In compliance with General Order 45.X.B., I hereby attest that all parties have concurred in this filing.

DATED: July 9, 2008                                   COOLEY GODWARD KRONISH LLP

By:      /s/
   Grant P. Fondo

## ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS SO ORDERED.

DATED:   7/10/08                                      _____
                                                       Judge of the U.S. District Court

776003