\*\*E-filed 7/23/08\*\*

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
AARON F. OLSEN (224947) (aolsen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No.  C06-04310 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JULY 25, 2008 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 26, 2008**<br><br>Trial Date: None |

**WHEREAS**, there is currently a Case Management Conference scheduled for July 25, 2008;

**WHEREAS**, at the time the Case Management Conference was scheduled, the parties had scheduled a mediation with Judge Cahill on June 5, 2008, and the deadline to file responsive pleadings to the Plaintiffs' Second Amended Complaint was on or before July 11, 2008;

**WHEREAS**, due to a participant's significant medical condition, the mediation was postponed until July 31, 2008  (the first date that became available in July);

**WHEREAS**, pursuant to the Stipulation and Order dated July 9, 2008, and in light of the mediation scheduled for July 31, 2008 with Judge Cahill, the Court granted the parties' stipulation that Defendants shall file and serve answers or otherwise respond to the Amended Complaint by August 29, 2008;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

776696 v2/PA

1.

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C06-04310 JF

**WHEREAS**, the Parties understand that September 26, 2008 at 10:30 a.m. is available on the Court's calendar for a Case Management Conference;

**NOW, THEREFORE**, the parties stipulate and agree as follows:

1. Subject to the Court's approval, the Case Management Conference currently scheduled for July 25, 2008, may be rescheduled to September 26, 2008 at 10:30 a.m.

Dated: July 22, 2008   COOLEY GODWARD KRONISH LLP

By   /s/ Aaron F. Olsen
           Aaron F. Olsen

Attorneys for Nominal Defendant SILICON STORAGE TECHNOLOGY, INC

Dated: July 22, 2008   SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By   /s/ Nichole Browning
           Nichole Browning

Co-Lead Counsel for Lead Plaintiffs

Dated: July 22, 2008   WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By   /s/ Betsy C. Manifold
           Betsy C. Manifold

Co-Lead Counsel for Lead Plaintiffs

Dated: July 22, 2008   MCDERMOTT, WILL & EMERY LLP

By   /s/ Matthew J. Jacobs
           Matthew J. Jacobs

Attorneys for DIRECTOR DEFENDANTS
Tsuyoshi Taira, Yasushi Chikagami, Ronald Chwang, Terry Nickerson, Bing Yeh and Yaw Wen Hu

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C06-04310 JF

1  Dated: July 22, 2008                     HELLER EHRMAN LLP

                                            By         /s/ Howard S. Caro
                                                    Howard S. Caro

                                            Attorneys for Officer Defendants
                                            DEREK BEST, MICHAEL BRINER, JEFFREY
                                            GARON, PAUL LUI, ISAO NOJIMA, and CHEN
                                            TSAI

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Aaron F. Olsen, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue July 25, 2008 Case Management Conference to September 26, 2008.  In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this ___st day of July, 2008, at Palo Alto, California.

                                                    /s/ Aaron F. Olsen
                                                       Aaron F. Olsen


### ORDER

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference scheduled to take place on July 25, 2008 is continued to September 26, 2008 at 10:30 a.m.

DATED:  7/23/08                             _____
                                            United States District Judge
                                            Jeremy Fogel
COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C06-04310 JF