**E-filed 8/22/08**

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
AARON F. OLSEN (224947) (aolsen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

Attorneys for Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No.  C06-04310 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**<br><br>Trial Date: None |

**WHEREAS**, On May 9, 2008, Lead Plaintiffs filed their Second Amended Complaint;

**WHEREAS**, Lead Plaintiffs, nominal defendant Silicon Storage Technology, Inc. ("SST") the individual defendants, and the parties in the related state action, *Alex Chuzhoy v. Bing Yeh, et al.,* Santa Clara Case No. 106CV074026, (the "Parties") all met in Palo Alto, California on May 20, 2008 to participate in an all day settlement meeting in order for the Company to share information with plaintiffs relating to the audit committee chair's investigation and findings and the filing of the Company's restatement and to discuss the settlement of the derivative litigation;

**WHEREAS**, the Parties and representatives of SST's insurance carriers participated in an all day mediation with the Hon. William Cahill on July 31, 2008;

**WHEREAS,** the Parties and representatives of SST's insurance carriers are currently engaging in further settlement discussions with the assistance of the Hon. William Cahill;

**WHEREAS,** the Parties want to focus their efforts on settlement and avoid unnecessary litigation expenses and preserve judicial resources; and

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

600139 v1/SD

1.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO FILE RESPONSIVE PLEADINGS  CASE NO.
C-06-43101 JF

**WHEREAS,** the schedule set forth below is not proposed for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

**NOW, THEREFORE**, the parties hereby stipulate, subject to the Court's approval, as follows:

1. No party will file any motions before October 3, 2008;

2. Defendants shall file and serve answers or otherwise respond to the Amended Complaint by October 3, 2008. In the event that Defendants file and serve any motion directed at the Amended Complaint, Lead Plaintiffs shall file and serve an opposition by November 19, 2008. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by December 19, 2008.

3. By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise. This stipulation is without prejudice to any subsequent motion to stay this action, or any objections or defenses thereto, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order for good cause.

Dated: August 18, 2008              COOLEY GODWARD KRONISH LLP


By _____/s/_____
        Grant P. Fondo

Attorneys for Nominal Defendant
SILICON STORAGE TECHNOLOGY, INC

Dated: August 18, 2008              SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP


By _____/s/_____
        Nichole Browning

Co-Lead Counsel for Lead Plaintiffs

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO FILE RESPONSIVE PLEADINGS
CASE NO. C-06-43101 JF

| | |
|---|---|
| Dated: August 18, 2008 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |

By     /s/
       Betsy C. Manifold

Co-Lead Counsel for Lead Plaintiffs

Dated: August 18, 2008      MCDERMOTT, WILL & EMERY LLP

By     /s/
       Matthew J. Jacobs

Attorneys for Director Defendants
TSUYOSHI TAIRA, YASUSHI CHIKAGAMI, RONALD CHWANG, TERRY NICKERSON, BING YEH AND YAW WEN HU

Dated: August 18, 2008      HELLER EHRMAN LLP

By     /s/
       Howard S. Caro

Attorneys for Officer Defendants
DEREK BEST, MICHAEL BRINER, JEFFREY GARON, PAUL LUI, ISAO NOJIMA, and CHEN TSAI

**FILER'S ATTESTATION**

I, Grant P. Fondo, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time to File Responsive Pleading. In compliance with General Order 45.X.B., I hereby attest that all parties have concurred in this filing.

DATED: August 18, 2008          COOLEY GODWARD KRONISH LLP


By: _____/s/_____
    Grant P. Fondo


**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS SO ORDERED.

DATED: 8/22/08          _____
                        Judge of the U.S. District Court
                        Jeremy Fogel

600139

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO FILE RESPONSIVE PLEADINGS
CASE NO. C-06-43101 JF