1
2
3                    UNITED STATES DISTRICT COURT
4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                                SAN JOSE DIVISION
6
7  IN RE SILICON STORAGE TECHNOLOGY,        Case No.  CV-06-4310-JF
   INC. DERIVATIVE LITIGATION,
                                            ORDER ADMINISTRATIVELY
8                                           CLOSING CONSOLIDATED ACTIONS
9
10
11
12         On September 14, 2006 the above entitled matter was consolidated with case number
13  CV-06-4388-JF.  At that time, the Court deemed case number CV-06-4310-JF the lead case.
14  In light of the consolidation,  the clerk shall administratively close the following case:
15  CV-06-4388-JF.
16
17
18
19
20  IT IS SO ORDERED.
21
22   Dated: September 19, 2008
                                            _____
23                                          JEREMY FOGEL
                                            United States District Judge
24
25
26
27
28