1   COOLEY GODWARD KRONISH LLP
    JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2   GRANT P. FONDO (181530) (gfondo@cooley.com)
    AARON F. OLSEN (224947) (aolsen@cooley.com)
3   Five Palo Alto Square
    3000 El Camino Real
4   Palo Alto, CA  94306-2155
    Telephone:    (650) 843-5000
5   Facsimile:    (650) 857-0663

6   Attorneys for Nominal Defendant
    SILICON STORAGE TECHNOLOGY, INC.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10
    In re SILICON STORAGE TECHNOLOGY,     Master File No.  C06-04310 JF
11  INC., DERIVATIVE LITIGATION
                                          STIPULATION AND [PROPOSED] ORDER
12                                        TO EXTEND TIME TO FILE RESPONSIVE
                                          PLEADINGS
13
                                          Trial Date: None
14  This Document Relates To:

15  ALL ACTIONS.

16       WHEREAS, On May 9, 2008, Lead Plaintiffs filed their Second Amended Complaint;

17       WHEREAS, Lead Plaintiffs, nominal defendant Silicon Storage Technology, Inc. ("SST")

18  the individual defendants, and the parties in the related state action, *Alex Chuzhoy v. Bing Yeh, et*

19  *al.,* Santa Clara Case No. 106CV074026, (the "Parties") all met in Palo Alto, California on

20  May 20, 2008 to participate in an all day settlement meeting in order for the Company to share

21  information with plaintiffs relating to the audit committee chair's investigation and findings and

22  the filing of the Company's restatement and to discuss the settlement of the derivative litigation;

23       WHEREAS, the Parties and representatives of SST's insurance carriers participated in an

24  all day mediation with the Hon. William Cahill on July 31, 2008;

25       WHEREAS, the Parties and representatives of SST's insurance carriers are currently

26  engaging in further settlement discussions with the assistance of the Hon. William Cahill;

27       WHEREAS, pursuant to the Order dated August 22, 2008, Defendants response to the

28  Second Amended Complaint is due on October 3, 2008;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1    WHEREAS, due to the prior and current settlement discussions, and the parties' focus

2    thereon, Defendants have requested and Lead Plaintiffs consent to an extension of two weeks for

3    which defendants to file a response to the Second Amended Complaint;

4        WHEREAS , subject to the Court's approval, the parties stipulate as follows:

5        1.    Defendants shall file and serve answers or otherwise respond to the Amended

6    Complaint by October 17, 2008.  In the event that Defendants file and serve any motion to

7    dismiss or other motion directed at the Amended Complaint, Lead Plaintiffs shall file and serve

8    an opposition by December 5, 2008.  If Defendants file and serve a reply to Lead Plaintiffs'

9    opposition, they will do so by January 7, 2008.  The hearing on Defendants' motion to dismiss or

10   other responsive pleading shall be January 16, 2009 or other date as ordered by the Court.

11       2.    By executing this Stipulation, the parties have not waived and expressly retain all

12   claims, defenses and arguments whether procedural, substantive or otherwise.  This stipulation is

13   without prejudice to any subsequent motion to stay this action, or any objections or defenses

14   thereto, and this Order is entered without prejudice to the rights of any party to apply for a

15   modification of this Order.

16

17   Dated: September 30, 2008            COOLEY GODWARD KRONISH LLP

18

19                                       By_____/s/_____
                                                    Grant P. Fondo

20                                       Attorneys for Nominal Defendant
                                         SILICON STORAGE TECHNOLOGY, INC
21

22   Dated: September 30, 2008            SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

23

24                                       By_____/s/_____
                                                    Nichole Browning

25                                       Co-Lead Counsel for Lead Plaintiffs

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO FILE RESPONSIVE PLEADINGS
CASE NO. C-06-43101 JF

1

2    Dated: September 30,  2008                 WOLF HALDENSTEIN ADLER FREEMAN & HERZ
                                               LLP

3

4                                              By_____/s/_____
                                                           Betsy C. Manifold

5
                                               Co-Lead Counsel for Lead Plaintiffs

6
     Dated: September 30, 2008                 MCDERMOTT, WILL & EMERY LLP

7

8                                              By_____/s/_____

9                                                          Matthew J. Jacobs

10                                             Attorneys for Director Defendants
                                               TSUYOSHI TAIRA, YASUSHI CHIKAGAMI,
11                                             RONALD CHWANG, TERRY NICKERSON, BING
                                               YEH AND YAW WEN HU

12
     Dated: September 30, 2008                 HELLER EHRMAN LLP

13

14
                                               By_____/s/_____
15                                                         Howard S. Caro

16                                             Attorneys for Officer Defendants
                                               DEREK BEST, MICHAEL BRINER, JEFFREY
17                                             GARON, PAUL LUI, ISAO NOJIMA, and CHEN
                                               TSAI

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

                                        3.        STIPULATION AND [PROPOSED] ORDER TO
                                                  EXTEND TIME TO FILE RESPONSIVE PLEADINGS
                                                  CASE NO. C-06-43101 JF

1

## FILER'S ATTESTATION

2

3    I, Grant P. Fondo, am the ECF User whose ID and password are being used to file this

Stipulation and [Proposed] Order to Extend Time to File Responsive Pleading.  In compliance

4    with General Order 45.X.B., I hereby attest that all parties have concurred in this filing.

5

6

DATED:  September 30, 2008            COOLEY GODWARD KRONISH LLP

7

8

9                                      By:_____/s/_____

10                                                 Grant P. Fondo

11

12

13                            **ORDER**

14        PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS

15    SO ORDERED.

16

17    DATED:  ___10/2/08_____        _____

18                                              Judge of the U.S. District Court

19

20

21

22

23

24

25    600139 v3/SD

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

4.