FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Symphony Tower
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
NICHOLE BROWNING (251937)
nbrowning@btkmc.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0700
Facsimile: (925) 945-8792

*Attorneys for Lead Plaintiffs*

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | Master File No. C 06-04310 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**<br><br>Trial Date: None |

WHEREAS, On May 9, 2008, Lead Plaintiffs filed their Second Amended Complaint;

WHEREAS, Lead Plaintiffs, nominal defendant Silicon Storage Technology, Inc. ("SST") the individual defendants, and the parties in the related state action, *Alex Chuzhoy v. Bing Yeh, et al.*, Santa Clara Case No. 106CV074026, (the "Parties") all met in Palo Alto, California on May 20, 2008 to participate in an all day settlement meeting in order for the Company to share information with plaintiffs relating to the audit committee chair's investigation and findings and the filing of the Company's restatement and to discuss the settlement of the derivative litigation;

WHEREAS, the Parties, the parties in a second related state action, *In re Silicon Storage Tech. Inc. Derivative Litigation*, Santa Clara Case No. 05-CV-034387, and representatives of SST's insurance carriers participated in an all day mediation with the Hon. William Cahill on July 31, 2008;

WHEREAS, the Parties and representatives of SST's insurance carriers are currently engaging in further settlement discussions with the assistance of the Hon. William Cahill;

WHEREAS, on October 17, 2008, counsel for Defendants filed their Motions to Dismiss to Lead Plaintiffs' Second Amended Complaint;

WHEREAS, pursuant to the Order dated October 6, 2008, Lead Plaintiffs' opposition to the Motions to Dismiss is due on December 5, 2008;

WHEREAS, due to the prior and current settlement discussions, and the Parties' focus thereon, Lead Plaintiffs have requested and Defendants have consented to an extension of two weeks for Lead Plaintiffs to file their oppositions to Defendants' Motions to Dismiss;

WHEREAS, subject to the Court's approval, the parties stipulate as follows:

1) Lead Plaintiffs shall file and serve their opposition by December 19, 2008. If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by January 21, 2008. The hearing on Defendants' Motions to Dismiss or other responsive pleading shall be February 6, 2009 or other day as ordered by the Court.

2) By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise. This stipulation is without prejudice to any subsequent motion to stay this action, or any objections or defenses

thereto, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order.

IT IS SO STIPULATED.

DATED: November 21, 2008           Respectfully Submitted,

                                    WOLF HALDENSTEIN ADLER
                                    FREEMAN & HERZ LLP
                                    FRANCIS M. GREGOREK
                                    BETSY C. MANIFOLD
                                    RACHELE R. RICKERT
                                    MARISA C. LIVESAY

                                    /s/
                                  BETSY C. MANIFOLD

                                  Symphony Towers
                                  750 B Street, Suite 2770
                                  San Diego, CA 92101
                                  Telephone: (619) 239-4599
                                  Facsimile: (619) 234-4599

                                  BARROWAY TOPAZ KESSLER
                                  MELTZER & CHECK, LLP

                                  NICHOLE BROWNING
                                  2125 Oak Grove Road, Suite 120
                                  Walnut Creek, CA 94598
                                  Telephone: (925) 945-0700
                                  Facsimile: (925) 945-8792

                                  BARROWAY TOPAZ KESSLER
                                  MELTZER & CHECK, LLP

                                  ERIC L. ZAGAR
                                  JAMES H. MILLER
                                  280 King of Prussia Road
                                  Radnor, PA 19087
                                  Telephone: (610) 667-7706
                                  Facsimile: (610) 667-7056

                                  *Attorneys for Lead Plaintiffs*

DATED: November 21, 2008           COOLEY GODWARD LLP
                                  AARON OLSEN

                                  /s/
                                  WILLIAM FREEMAN
                                  JOHN DWYER
                                  AARON OLSEN
                                  Five Palo Alto Square

|     |                              |                                                                   |
|-----|------------------------------|-------------------------------------------------------------------|
| 1   |                              | 3000 El Camino Real                                               |
| 2   |                              | Palo Alto, CA 94306-2155<br>Telephones: 650-843-5000              |
| 3   |                              | Facsimile:   650-857-0663                                         |
| 4   |                              | *Attorneys for Nominal Defendant, Silicon Storage Technology, Inc.* |
| 5   |                              |                                                                   |
| 6   | DATED: November 21, 2008     | MCDERMOTT, WILL & EMERY LLP                                       |
| 7   |                              | ___/s/_____<br>MATTHEW J. JACOBS            |
| 8   |                              |                                                                   |
| 9   |                              | *Attorneys for Director Defendants*                               |
| 10  | DATED: November 21, 2008     | HOGAN & HARTSON LLP                                               |
| 11  |                              | ___/s/_____                                 |
| 12  |                              | HOWARD S. CARO                                                    |
| 13  |                              | *Attorneys for Officer Defendants*                                |

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Betsy C. Manifold, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of November, 2008, at San Diego, California.

_____
Betsy C. Manifold

\*   \*   \*

### ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS SO ORDERED.

DATED: _____11/26/08_____        _____
Judge of the U.S. District Court
Honorable Jeremy Fogel

**DECLARATION OF SERVICE**

I, Marta Stasik, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on November 21, 2008, declarant served the STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS via the CM/ECF System to the parties listed on the attached service list.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of November 2008, at San Diego, California.

_____
MARTA STASIK

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS
MASTER FILE NO. C 06-04310 JF

- 5 -

SILICON STORAGE TECHNOLOGY, INC.
Service List -- November 21, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

Eric L. Zagar
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
    610/667-7706
    610/667-7056 (fax)

Nicole Browning
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94958
    925/945-0770
    925/945-8792 (fax)

Alan R. Plutzik
Kathryn A. Schofield
BRAMSON, PLUTZIK, MAHLER
 & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
    925/945-0200
    925/945-8792 (fax)

COUNSEL FOR DEFENDANTS

John C. Dwyer
Aaron F. Olsen
William S. Freeman
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
    650-843-5000
    650-813-0663 (fax)
dwyerjc@cooley.com
aolsen@cooley.com
freemanws@cooley.com

Attorneys for Nominal Defendant Silicon Storage Technology, Inc.

Matthew J. Jacobs
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
    650/813-5000
    650/813-5100 (fax)
mjacobs@mwe.com

Attorneys for Director Defendants

Howard Caro
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
    415/772-6000
    415/772-6268 (fax)
howard.caro@hellerehrman.com

Norman Blears
Howard Caro
Kristi K. Elder
HOGAN & HARTSON LLP
525 University Avenue, 2nd Floor
Palo Alto, CA 94301
    202/637-5600
    202/637-5910 (fax)
njblears@hhlaw.com
hcaro@hhlaw.com
kelder@hhlaw.com

Attorneys for Officer Defendants