**E-Filed 1/27/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILICON STORAGE TECHNOLOGY, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | ) Master File No. C06-04310 JF<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER TO CONTINUE**<br>) **FEBRUARY 6, 2009 CASE**<br>) **MANAGEMENT CONFERENCE**<br>) **TO MARCH 13, 2009**<br>)<br>)<br>) |

STIPULATION & PROPOSED ORDER CONTINUE CASE MANAGEMENT CONF - Case No. C 06-04310 JF

1  **WHEREAS**, there is currently a Case Management Conference scheduled for February 6, 2009;

3  **WHEREAS**, at the time the Case Management Conference was scheduled, the nominal Defendant Silicon Storage Technology, Inc.'s and Individual Defendants' Motions to Dismiss the Second Verified Consolidated Amended Shareholder Derivative Complaint were also scheduled to be heard on February 6, 2009;

7  **WHEREAS**, Defendants re-noticed their pending motions by agreement of all parties for March 13, 2009;

9  **WHEREAS**, the Parties understand that March 13, 2009 at 9:00 a.m. is available on the Court's calendar for a Case Management Conference;

11  **NOW, THEREFORE**, the parties stipulate and agree as follows:

12  1. Subject to the Court's approval, the Case Management Conference currently scheduled for February 6, 2009, may be rescheduled to March 13, 2009 at 9:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 23, 2009                    Respectfully Submitted,

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE RICKERT

_____
BETSY C. MANIFOLD

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Co-Lead Counsel for Lead Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: January 23, 2009 | SCHIFFRIN BARROWAY TOPAZ |
| 2 | | & KESSLER, LLP |
| | | NICOLE BROWNING |
| 3 | | /s/Nicole Browning |
| | | NICOLE BROWNING |
| 4 | | |
| 5 | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA 94598 |
| 6 | | Telephone: 925/945-0770 |
| | | Facsimile: 925/945-8792 |
| 7 | | and |
| 8 | | ERIC L. ZAGAR |
| 9 | | 280 King of Prussia Road |
| | | Radnor, PA 19087 |
| 10 | | Telephone: 610/667-7706 |
| | | Facsimile: 610/667-7056 |
| 11 | | Co-Lead Counsel for Plaintiffs |
| 12 | DATED: January 23, 2009 | COOLEY GODWARD KRONISH LLP |
| 13 | | /s/Aaron Olsen |
| 14 | | AARON OLSEN |
| 15 | | 4401 Eastgate Mall |
| | | San Diego, CA 92121 |
| 16 | | Telephone: 858/550-6093 |
| | | Facsimile: 858/550-6420 |
| 17 | | |
| 18 | | Attorneys for Nominal Defendant SILICON STORAGE TECHNOLOGY, INC. |
| 19 | DATED: January 23, 2009 | McDERMOTT WILL & EMERY LLP |
| 20 | | |
| 21 | | /s/Matthew J. Jacobs |
| | | MATTHEW J. JACOBS |
| 22 | | 3150 Porter Drive |
| 23 | | Palo Alto, CA 94304 |
| | | Telephone: 650/813-5011 |
| 24 | | Facsimile: 650/813-5100 |
| 25 | | Attorneys for Director Defendants |
| 26 | | TSUYOSHI TAIRA, YASUSHI CHIKAGAMI, RONALD CHWANG, TERRY NICKERSON, BING YEH AND YAW WEN HU |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: January 23, 2009 | HOGAN & HARTSON LLP |
| 2 | | |
| 3 | | /s/Howard S. Caro |
| | | HOWARD S. CARO |
| 4 | | |
| 5 | | 525 University Avenue, 2nd Floor |
| | | Palo Alto, CA 94301 |
| 6 | | Telephone: 202/637-5600 |
| | | Facsimile: 202/637-5910 |
| 7 | | Attorneys for Officer Defendants |
| 8 | | DEREK BEST, MICHAEL BRINER, JEFFREY GARON, PAUL LUI, ISAO NOJIMA, and CHEN TSAI |

SILICON STORAGE:16582

STIPULATION & PROPOSED ORDER CONTINUE CASE MANAGEMENT CONF - Case No. C 06-04310 JF

- 3 -

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the Case Management Conference scheduled to take place on February 6, 2009 is continued to March 13, 2009 at 9:00 a.m.

DATED: 1/26/09

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Betsy C. Manifold, am the ECF User whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of January, 2009, at San Diego, California.

*Betsy C. Manifold*
BETSY C. MANIFOLD

## DECLARATION OF SERVICE

I, MARTA STASIK, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on January 23, 2009, declarant served:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 6, 2009 CASE MANAGEMENT CONFERENCE TO MARCH 13, 2009**

via CM/ECF to the parties listed on the attached service list.

3. That there is regular communication between parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January 2009, at San Diego, California.

_____
MARTA STASIK

STIPULATION & PROPOSED ORDER CONTINUE CASE MANAGEMENT CONF - Case No. C 06-04310 JF

- 6 -

SILICON STORAGE TECHNOLOGY, INC.
Service List -- January 23, 2009
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

Eric L. Zagar
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
    610/667-7706
    610/667-7056 (fax)

Nicole Browning
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94958
    925/945-0770
    925/945-8792 (fax)

Alan R. Plutzik
Kathryn A. Schofield
BRAMSON, PLUTZIK, MAHLER
 & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
    925/945-0200
    925/945-8792 (fax)

COUNSEL FOR DEFENDANTS

John C. Dwyer
Aaron F. Olsen
William S. Freeman
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
    650-843-5000
    650-813-0663 (fax)
dwyerjc@cooley.com
aolsen@cooley.com
freemanws@cooley.com

Attorneys for Nominal Defendant Silicon Storage Technology, Inc.

Matthew J. Jacobs
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
    650/813-5000
    650/813-5100 (fax)
mjacobs@mwe.com

Attorneys for Director Defendants

Howard Caro
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
    415/772-6000
    415/772-6268 (fax)
howard.caro@hellerehrman.com

Norman Blears
Howard Caro
Kristi K. Elder
HOGAN & HARTSON LLP
525 University Avenue, 2nd Floor
Palo Alto, CA 94301
    202/637-5600
    202/637-5910 (fax)
njblears@hhlaw.com
hcaro@hhlaw.com
kelder@hhlaw.com

Attorneys for Officer Defendants