**E-Filed 3/9/09**

FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Symphony Tower
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
NICHOLE BROWNING (251937)
nbrowning@btkmc.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0700
Facsimile: (925) 945-8792

*Attorneys for Lead Plaintiffs*

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | Master File No. C 06-04310 JF<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C 06-04310 JF

WHEREAS, the hearing on Defendants' Motions to Dismiss and a Case Management Conference are currently scheduled for March 13, 2009;

WHEREAS, due to scheduling conflicts, the current settlement discussions, and the Parties' focus thereon, Lead Plaintiffs have requested and Defendants have consented to continue the hearing on Defendants' Motions to Dismiss and the Case Management Conference to a later date;

WHEREAS, the Parties understand that April 24, 2009 is available on the Court's calendar;

WHEREAS, subject to the Court's approval, the parties stipulate as follows:

1) The hearing on Defendants' Motions to Dismiss currently scheduled for March 13, 2009 shall be rescheduled to April 24, 2009.

2) The Case Management Conference currently scheduled for March 13, 2009 shall be rescheduled to April 24, 2009.

3) By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise. This Stipulation is without prejudice to any subsequent motion to stay this action, or any objections or defenses thereto, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order.

IT IS SO STIPULATED.

DATED: March 6, 2009

Respectfully Submitted,

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP

______/s/________________________________

NICHOLE BROWNING (251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0700
Facsimile: (925) 945-8792

ERIC L. ZAGAR
JAMES H. MILLER
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

*Attorneys for Lead Plaintiffs*

DATED: March 6, 2009

COOLEY GODWARD LLP
AARON OLSEN

____/s/_______________________________
WILLIAM FREEMAN
JOHN DWYER
AARON OLSEN
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephones: 650-843-5000
Facsimile: 650-857-0663

*Attorneys for Nominal Defendant, Silicon Storage Technology, Inc.*

DATED: March 6, 2009

MCDERMOTT, WILL & EMERY LLP

_____/s/_____________________________
MATTHEW J. JACOBS

*Attorneys for Director Defendants*

DATED: March 6, 2009

HOGAN & HARTSON LLP

____/s/_______________________________
HOWARD S. CARO

*Attorneys for Officer Defendants*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Nichole T. Browning, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of March, 2009, at Walnut Creek, California.

/s/
**Nichole Browning**

* * *

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS SO ORDERED.

DATED: 3/9/09

Judge of the U.S. District Court
Honorable Jeremy Fogel

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C 06-04310 JF

- 3 -