1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)            **E-Filed 5/28/09**
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
5  750 B Street, Suite 2770
   San Diego, CA 92101
6  Telephone: 619/239-4599
   Facsimile:  619/234-4599
7
8  NICOLE BROWNING (251937)
   BARROWAY TOPAZ KESSLER
9    MELTZER & CHECK, LLP
   2125 Oak Grove Road, Suite 120
10 Walnut Creek, CA 94598
   Telephone: 925/945-0700
11 Facsimile: 925/945-8792

12 Co-Lead Counsel for Lead Plaintiffs

13 [Additional Counsel Appear On Signature Page]

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| IN RE SILICON STORAGE TECHNOLOGY, INC. DERIVATIVE LITIGATION | Case No.   C 06-04310 JF |
| | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR JUNE 19, 2009** |
| This Document Relates To: | |
| All Actions | DATE:     June 19, 2009 |
| | TIME:     10:30 a.m. |
| | JUDGE:    Hon. Jeremy Fogel |

STIP & PROP ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE - Case No. C 06-04310 JF

WHEREAS, Defendants' motions to dismiss were heard by this Court on April 24, 2009 and the Court advised the parties that an opinion would likely be issued in June 2009;

WHEREAS, on April 24, 2009, the Court scheduled a Case Management Conference for June 19, 2009 based on the likely timing of the Court's opinion on Defendants' motions to dismiss;

WHEREAS, Plaintiffs' counsel have a conflict with the June 19, 2009 date and counsel for the Defendants are willing to continue the date; and

WHEREAS, the parties have agreed to continue the date of the Case Management Conference and respectfully request the Court to continue the conference from June 19, 2009 at 10:30 a.m. to July 10, 2009 at 10:30 a.m. when all counsel are available.

IT IS SO STIPULATED.

DATED: May 22, 2009

Respectfully Submitted,

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
FRANCIS A. BOTTINI, JR.

_____
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

DATED: May 22, 2009

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP

/s/Eric L. Zagar
ERIC L. ZAGAR

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Facsimile:  610/667-7056

NICOLE BROWNING
BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/945-0700
Facsimile: 925/945-8792

Co-Lead Counsel for Lead Plaintiffs

DATED: May 22, 2009          COOLEY GODWARD KRONISH LLP

                                    /s/ William S. Freeman
                                    WILLIAM S. FREEMAN

Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:    650/843-5000
Facsimile:    650/813-0663

Attorneys for Nominal Defendant SILICON
STORAGE TECHNOLOGY, INC.

DATED: May 22, 2009          McDERMOTT, WILL & EMERY LLP

                                    /s/ Matthew J. Jacobs
                                    MATTHEW J. JACOBS

275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:    650/815-7400
Facsimile:    650/815-7401

Attorneys for Director Defendants
TSUYOSHI TAIRA, YASUSHI CHIKAGAMI,
RONALD CHWANG, TERRY NICKERSON,
BING YEH AND YAW WEN HU

DATED: May 22, 2009          HOGAN & HARTSON LLP

                                    /s/ Howard S. Caro
                                    HOWARD S. CARO

525 University Avenue, 4th Floor
Palo Alto, CA 94301
Telephone:    650/463-4000
Facsimile:    866/279-7698

Attorneys for Officer Defendants
DEREK BEST, MICHAEL BRINER, JEFFREY
GARON, PAUL LUI, ISAO NOJIMA, and CHEN
TSAI SILICON STORAGE:16810

STIP & PROP ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE - Case No. C 06-04310 JF

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Case Management Conference is continued from June 19, 2009 to July 10, 2009 at 10:30 a.m.

IT IS SO ORDERED.

DATED:  5/27/09                    _____
                                                    HONORABLE JEREMY FOGEL
                                                    UNITED STATES DISTRICT COURT JUDGE

STIP & PROP ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE - Case No. C 06-04310 JF

- 3 -

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE** |
| 2 | I, Marta Stasik, the undersigned, declare: |
| 3 | 1. That declarant is and was, at all times herein mentioned, a citizen of the United |
| 4 | States and a resident of the County of San Diego, over the age of 18 years, and not a party to or |
| 5 | interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San |
| 6 | Diego, California 92101. |
| 7 | 2. That on May 22, 2009, declarant served the **STIPULATION AND [PROPOSED]** |
| 8 | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PRESENTLY** |
| 9 | **SCHEDULED FOR JUNE 19, 2009** via CM/ECF to the parties listed on the attached Service |
| 10 | List. |
| 11 | 3. That there is regular communication between the parties. |
| 12 | I declare under penalty of perjury that the foregoing is true and correct. Executed this |
| 13 | 22nd day of May 2009, at San Diego, California. |

_____
MARTA STASIK

STIP & PROP ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE - Case No. C 06-04310 JF

- 4 -

SILICON STORAGE TECHNOLOGY, INC.
Service List -- May 22, 2009
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

Eric L. Zagar
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
    610/667-7706
    610/667-7056 (fax)

Nicole Browning
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94958
    925/945-0770
    925/945-8792 (fax)

Alan R. Plutzik
Kathryn A. Schofield
BRAMSON, PLUTZIK, MAHLER
 & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
    925/945-0200
    925/945-8792 (fax)

COUNSEL FOR DEFENDANTS

John C. Dwyer
Aaron F. Olsen
William S. Freeman
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
    650-843-5000
    650-813-0663 (fax)
dwyerjc@cooley.com
aolsen@cooley.com
freemanws@cooley.com

Attorneys for Nominal Defendant Silicon Storage Technology, Inc.

Matthew J. Jacobs
MCDERMOTT, WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
    650/815-7400
    650/815-7401 (fax)
mjacobs@mwe.com

Attorneys for Director Defendants

Norman Blears
Howard Caro
Kristi K. Elder
HOGAN & HARTSON LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301
    202/637-5600
    202/637-5910 (fax)
njblears@hhlaw.com
hcaro@hhlaw.com
kelder@hhlaw.com

Attorneys for Officer Defendants