BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
NICHOLE BROWNING (251937)
nbrowning@btkmc.com
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**E-Filed 1/20/2010**

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

*Co-Lead Counsel for Lead Plaintiffs*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | Master File No. C 06-04310 JF<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Trial Date: None |

WHEREAS, on August 21, 2009, Lead Plaintiffs filed a Third Verified Consolidated Amended Shareholder Derivative Complaint ("Amended Complaint");

WHEREAS, on September 24, 2009, Defendants moved to dismiss the Amended Complaint;

WHEREAS, a Case Management Conference and hearing for Defendants' Motions to Dismiss has been set for February 5, 2010;

WHEREAS, counsel for the parties are in the process of finalizing an agreement in principle that was reached with the assistance of the Honorable William J. Cahill (Ret.) that would resolve the litigation;

WHEREAS, the parties anticipate they will be in a position to submit to the Court shortly a stipulation of settlement and motion for preliminary approval of the proposed settlement; and

WHEREAS, all parties agree that in the interests of judicial economy, Defendants' Motions to Dismiss and the Court's Case Management Conference, both currently scheduled for hearing on February 5, 2010, should be continued.

The parties hereby STIPULATE and AGREE, subject to Court approval, as follows:

1) Lead Plaintiffs shall file an opposition to Defendants' Motions to Dismiss by April 8, 2010;

2) If Defendants file and serve a reply to Lead Plaintiffs' opposition, they will do so by April 16, 2010; and

3) The hearing on Defendants' Motions to Dismiss or other responsive pleading and Case Management Conference shall be set for April 30, 2010 or another day as ordered by the Court.

By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise. This Stipulation is without prejudice to any subsequent motion to stay this action, or any objections or defenses thereto, and this Order is entered without prejudice to the rights of any party to apply for a modification of this Order.

IT IS SO STIPULATED.

DATED: January 12, 2010

Respectfully Submitted,

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP

/s/ Nichole Browning
NICHOLE BROWNING

580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

ERIC L. ZAGAR
JAMES H. MILLER
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

/s/ Betsy C. Manifold
BETSY C. MANIFOLD

FRANCIS M. GREGOREK
RACHELE R. RICKERT
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

*Co-Lead Counsel for Lead Plaintiffs*

DATED: January 12, 2010

COOLEY GODWARD LLP
JOHN DWYER

/s/ William Freeman

WILLIAM FREEMAN

Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephones: 650-843-5000
Facsimile: 650-857-0663

*Attorneys for Nominal Defendant, Silicon Storage Technology, Inc.*

DATED: January 12, 2010

MCDERMOTT, WILL & EMERY LLP

/s/ Matthew J. Jacobs

MATTHEW J. JACOBS

*Attorneys for Director Defendants Tsuyoshi Taira, Yasushi Chikagami, Ronald Chwang, Terry Nickerson, Bing Yeh and Yaw Wen Hu*

DATED: January 12, 2010

HOGAN & HARTSON LLP

/s/ Howard S. Caro

HOWARD S. CARO

*Attorneys for Officer Defendant Jeffrey Garon*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Nichole T. Browning, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of January, 2010, at San Francisco, California.

/s/ Nichole Browning
**NICHOLE BROWNING**

* * *

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN HEREIN, IT IS SO ORDERED.

DATED: 1/20/2010

Judge of the U.S. District Court
Honorable Jeremy Fogel

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 12, 2010.

/s/ Nichole Browning
NICHOLE BROWNING

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**Mailing Information for a Case 5:06-cv-04310-JF**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Norman J. Blears**
  njblears@hhlaw.com,dmsalvi@hhlaw.com,lasoboleva@hhlaw.com,djmelo@hhlaw.com, mdewers@hhlaw.com,kwong@hhlaw.com
- **Nichole T. Browning**
  nbrowning@btkmc.com,shebard@btkmc.com
- **Jessica Lee Canepa**
  jcanepa@mwe.com,clovdahl@mwe.com
- **Howard S. Caro**
  hscaro@hhlaw.com,esvanbourg@hhlaw.com,mdewers@hhlaw.com,kwong@hhlaw.com
- **Angela Lucille Dunning**
  adunning@cooley.com,bgiovannoni@cooley.com
- **Kristi Kaye Elder**
  kelder@hhlaw.com,dylewis@hhlaw.com
- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com
- **William S. Freeman**
  freemanws@cooley.com,galancr@cooley.com
- **Matthew J. Jacobs**
  mjacobs@mwe.com,aleonetti@mwe.com
- **Eugene S. Litvinoff**
  elitvinoff@mwe.com,aleonetti@mwe.com
- **Betsy Carol Manifold**
  manifold@whafh.com
- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com
- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com
- **Monique R. Sherman**
  invalidaddress@invalidaddress.com
- **Eric L. Zagar**
  ezagar@btkmc.com,rwinchester@btkmc.com,tkao@btkmc.com,der_filings@btkmc.com,dalbert@btkmc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)