STEVEN M. SCHATZ State Bar No. 118356
DAVID J. BERGER State Bar No. 147645
THOMAS J. MARTIN, State Bar No. 150039
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
Email: dberger@wsgr.com
Email: tmartin@wsgr.com

Attorneys for Defendant
Silicon Storage Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re SILICON STORAGE TECHNOLOGY, INC., DERIVATIVE LITIGATION, <br><br> This Document Relates To: <br> ALL ACTIONS. | Case No.: C 06-04310 JF <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT SILICON STORAGE TECHNOLOGY, INC.** <br><br> [PROPOSED] ORDER |

-1-
NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. C 06-04310 JF

3943558_1.DOC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendant Silicon Storage Technology, Inc. hereby substitutes Wilson Sonsini Goodrich & Rosati in place of Cooley Godward Kronish LLP as its attorneys of record in this action. The contact information for new counsel is as follows:

> STEVEN M. SCHATZ (sschatz@wsgr.com)
> THOMAS J. MARTIN (tmartin@wsgr.com)
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> Telephone:  (650) 493-9300
> Facsimile:   (650) 565-5100

Dated: April 8, 2010

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

By: ___/s/ Thomas J. Martin___
     Thomas J. Martin

Attorneys for Defendant
Silicon Storage Technology, Inc.

### CONSENT TO SUBSTITUTION

Cooley Godward Kronish LLP hereby consents to this substitution.

Dated: April 8, 2010

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

By: ___/s/ William S. Freeman___
     William S. Freeman

**IT IS SO ORDERED.**

Dated: 4/14/10

_____
Honorable Jeremy Fogel

## SIGNATURE ATTESTATION

I, Thomas J. Martin, attest that I obtained the concurrence of William S. Freeman in filing this document. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 8th day of April, 2010 at Palo Alto, California.

/s/ Thomas J. Martin
Thomas J. Martin
